**Motion granted, appeal dismissed, and Memorandum Opinion filed October 24, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00759-CV

### PEARLAND URBAN AIR, LLC, Appellant

### V.

### LESLIE VALDEZ, INDIVIDUALLY AND AS NEXT FRIEND OF HER MINOR CHILD, V.C., Appellee

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2022-17046**

### MEMORANDUM OPINION

This interlocutory appeal is from an order signed September 29, 2022 denying a motion to compel arbitration pursuant to the Federal Arbitration Act. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.016. On October 11, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal and tax costs against appellant. *See* Tex. R. App. P. 42.1(d). PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.